JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. B. [1], an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 8:19-00153 ADS<br><br><br><br>JUDGMENT OF REMAND |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The complaint, and thus the docket, do not name the Commissioner of Social Security. On June 17, 2019, Saul became the Commissioner. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1  In accordance with the Memorandum Opinion and Order, Dkt. No. 17, filed
2  concurrently herewith,
3  IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of
4  Social Security is reversed and the matter is remanded to the Commissioner for further
5  proceedings consistent with the Memorandum Opinion and Order of Remand.

7  DATE: September 23, 2020

　　　　　　　　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　United States Magistrate Judge